No. 03–5933. MENDOZA-GALLARDO v. UNITED STATES; ACEVEDO-MENDOZA v. UNITED STATES; GUTIERREZ-MORENO v. UNITED STATES; ROJAS-TORRES v. UNITED STATES; VILLASENOR, AKA VILLA-ARREOLA v. UNITED STATES; ALFARO, AKA ABENBDANO-BRILLA v. UNITED STATES; LOPEZ-HUITRON v. UNITED STATES; and SALGADO-OCAMPOS v. UNITED STATES.

C. A. 9th Cir. Certiorari denied. Reported below: 66 Fed. Appx. 747 (fourth judgment); 71 Fed. Appx. 675 (sixth judgment).